199 So. 918

### J. H. WHITE v. STATE.
### 8 Div. 64.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

192 So. 926

### Will WHITEHURST v. STATE.
### 4 Div. 510.

Court of Appeals of Alabama.
Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

190 So. 926

### Fernando (alias Nando) WHITLOCK v. STATE.
### 8 Div. 878.

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 918

### Fernando WHITLOCK v. STATE.
### 8 Div. 65.

Court of Appeals of Alabama.
Nov. 26, 1940.

Rehearing Denied Dec. 17, 1940.

H. H. Hamilton, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 926

### Asa WILBORN v. STATE.
### 6 Div. 494.

Court of Appeals of Alabama.
Nov. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.